# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED FOOD COMMERCIAL WORKERS      Civil 12-3693
INTERNATIONAL UNION

    Vs.

    MERCK & CO., INC.                O R D E R

The Court having been advised that the complaint filed in this action is duplicative,

It is on this 24th day of July 2012

O R D E R E D that the complaint filed be dismissed.

                                          _____
                                          Hon. Peter G. Sheridan, U.S.D.J.